■ ANTHONY ROMANO, Appellant, v JOHN B. ALBRIGHT et al., Respondents. — Order, Supreme Court, New York County (Bernheim, J.), entered March 2, 1981 granting plaintiff's motion for reargument, and, on reargument, adhering to original decision granting defendants' motion for summary judgment dismissing the complaint, and denying plaintiff's motion for partial summary judgment, is unanimously modified, on the law, to the extent that defendants' motion for summary judgment is denied and all provisions of the original order and judgment entered June 17, 1980, other than the denial of plaintiff's motion for partial summary judgment, are vacated, and the order is otherwise affirmed, without costs, without prejudice to an application by defendants to Special Term for leave to amend their answer. Whether the relationship between the parties was a joint venture not subject to the usury statutes or some kind of usurious loan presents a question of fact which should not have been decided against plaintiff on summary judgment. Concur — Birns, J. P., Sullivan, Ross, Carro and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ROONEY, Appellant. — Judgment, Supreme Court, Bronx County (Zimmerman, J.), rendered May 30, 1980, convicting defendant-appellant, after trial, of criminally negligent homicide and sentencing him to an indeterminate term of imprisonment not to exceed two years, three months, unanimously modified, on the law, to reverse the sentence and remand for resentence, and, otherwise, affirmed. The sentence imposed was not within the sentencing alternatives permitted by section 70.00 of the Penal Law, for a class E felony. Concur — Birns, J. P., Sullivan, Ross, Carro and Silverman, JJ.